## JOHN McVEY MONTGOMERY v. ELSIE M. LENNARTZ.[1]

October 26, 1917.

No. 20,468.

**Case followed.**

Action in the municipal court of Minneapolis to recover $300. The case was tried before Montgomery, J., who made findings and ordered judgment in favor of defendant. From an order denying his motion for a new trial, plaintiff appealed. Affirmed.

*N. E. Pardee* and *P. L. Solether*, for appellant.

*C. E. Purdy*, for respondent.

PER CURIAM.

This case is controlled by the decision in the case of Lennartz v. Montgomery, supra, page 170, 164 N. W. 899, wherein it is held that the contract involved in the action is valid and enforceable.

Order affirmed.